RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
BETH A. LEVENE
WENDY COX
SUMI SAKATA
Trial Attorneys
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC  20530
(202) 307-1399
Fax: (202) 307-2397

ROBERT B. VAN ARSDALE
(Va. Bar No. 17483)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Fax: (804) 771-2330

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| **In re:**<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>　　　　　**Debtors**.<br><br>**ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust,**<br><br>　　　　　**Plaintiff,**<br>**v.**<br><br>**JOHN P. FITZGERALD, III, Acting United States Trustee for Region Four,**<br><br>　　　　　**Defendant.** | Case No. 08-35653 (KRH)<br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>Adversary Case No. 19-03060 (KRH) |

**APPELLANT UNITED STATES TRUSTEE'S STATEMENT OF THE ISSUES
AND DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Now comes John P. Fitzgerald, III, Acting United States Trustee for Region 4 (the

"United States Trustee"), by and through the undersigned counsel and under Federal Rule of

1

Bankruptcy Procedure 8009(a)(1) hereby submits his statement of the issues and items to be included in the record on appeal.

**Issues on appeal:**

1. Did the bankruptcy court err when it granted the Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fee Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6)?

2. Did the bankruptcy court err when it held that the quarterly fees due and payable by the Circuit City Liquidating Trustee shall be determined based on the fee schedule set forth in the version of 28 U.S.C. § 1930(a)(6) that was effective on September 30, 2017?

3. Did the bankruptcy court err when it held that the 2017 amendment to 28 U.S.C. § 1930(a)(6) is unconstitutional as applied to this case due to lack of uniformity, in contravention of Clause 1 or Clause 4 of Article I, Section 8 of the Constitution?

4. Did the bankruptcy court err in denying the United States Trustee's motion for summary judgment?

**Items to be included in the record on appeal:**

| Items Designated from *In re Circuit City Stores, Inc.*, Case No. 08-35653-KRH ||||
| --- | --- | --- | --- |
| Item Number | File or Entry Date | Style or Description | Docket Entry |
| 1 | N/A | Docket sheet for Case No. 08-35653-KRH | N/A |
| 2 | 11/10/2008 | Voluntary Petition Under Chapter 11 | 1 |
| 3 | 11/10/2008 | Order Granting Motion for Joint Administration | 77 |
| 4 | 8/9/2010 | Second Amended Joint Plan of Liquidation | 8252 |

| Items Designated from *In re Circuit City Stores, Inc.*, Case No. 08-35653-KRH | | | |
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 5 | 9/14/2010 | Order Confirming Modified Second Amended Joint Plan of Liquidation | 8555 |
| 6 | 11/1/2010 | Liquidating Trust Agreement | 8864 |
| 7 | 5/30/2018 | Trustee Quarterly Report | 14166 |
| 8 | 9/12/2018 | Trustee Quarterly Report | 14181 |
| 9 | 12/5/2018 | Trustee Quarterly Report | 14190 |
| 10 | 2/27/2019 | Trustee Quarterly Report | 14195 |
| 11 | 3/28/2019 | Liquidating Trustee's Motion to Determine Extent of Liability for Post-Confirmation Quarterly Fees | 14197 |
| 12 | 3/28/2019 | Notice of Constitutional Question re Motion to Determine Extent of Liability for Post-Confirmation Quarterly Fees | 14198 |
| 13 | 3/28/2019 | Notice of Motion and Notice of Hearing re Motion to Determine Extent of Liability for Post-Confirmation Quarterly Fees | 14199 |
| 14 | 5/9/2019 | Motion for Summary Judgment and Memorandum in Support filed by United States Trustee re Motion to Determine Extent of Liability for Post-Confirmation Quarterly Fees | 14202 |
| 15 | 5/9/2019 | United States Trustee's Objection to Motion to Determine Extent of Liability for Post-Confirmation Quarterly Fees | 14203 |
| 16 | 6/5/2019 | Liquidating Trustee's Response to Motion for Summary Judgment | 14209 |
| 17 | 6/14/2019 | United States Trustee's Supplemental Objection to Address Issues Raised at Hearing Held on June 12, 2019 | 14213 |
| 18 | 6/19/2019 | Transcript of 6/12/2019 Hearing | 14214 |
| 19 | 6/21/2019 | Liquidating Trustee's Response to Supplement to Objection | 14217 |
| 20 | 7/15/2019 | Memorandum Opinion | 14223 |
| 21 | 7/15/2019 | Order | 14224 |

| **Items Designated from *In re Circuit City Stores, Inc.*, Adversary Case No. 19-03060-KRH** | | | |
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 22 | N/A | Docket sheet for Adversary Case No. 19-03060-KRH | N/A |
| 23 | 7/15/2019 | Adversary case 19-03060 Complaint | 1 |
| 24 | 7/15/2019 | Memorandum Opinion | 2 |
| 25 | 07/15/2019 | Order | 3 |
| 26 | 7/26/2019 | Notice of Appeal | 4 |

Date: August 8, 2019

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
BETH A. LEVENE
WENDY COX
SUMI SAKATA
Trial Attorneys
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC  20530
(202) 307-1399
(202) 307-2397 Fax

Respectfully submitted,

John P. Fitzgerald, III
Acting United States Trustee, Region Four

By: /s/ *Robert B. Van Arsdale*

ROBERT B. VAN ARSDALE
(Va. Bar No. 17483)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Fax: (804) 771-2330

**Certificate of Service**

  I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all ECF registrants in this case. I further certify that the foregoing was served on August 9, 2019, on the following parties by mailing a copy to the addresses below:

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 Norther 8th Street, Second Floor
Richmond, VA 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 Norther 8th Street, Second Floor
Richmond, VA 23219

David N. Tabakan, Esquire
Tavenner & Beran, PLC
20 Norther 8th Street, Second Floor
Richmond, VA 23219

Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Andrew W. Caine, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

                /s/ Robert B. Van Arsdale
                Robert B. Van Arsdale, Esq.
                Assistant U. S. Trustee
                Office of the United States Trustee
                701 East Broad Street – Suite 4304
                Richmond, VA 23219
                Telephone (804) 771-2310
                Facsimile (804) 771-2330