FILED: November 6, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-405
(3:08-bk-35653)
(19-03060)

_____

In re: CIRCUIT CITY STORES, INC.; CIRCUIT CITY STORES WEST COAST, INC.; INTERTAN, INC.; VENTOUX INTERNATIONAL, INC.; CIRCUIT CITY PURCHASING COMPANY, LLC; CC AVIATION, LLC; CC DISTRIBUTION COMPANY OF VIRGINIA, INC.; CIRCUIT CITY PROPERTIES, LLC; KINZER TECHNOLOGY, LLC; ABBOTT ADVERTISING AGENCY, INC.; PATAPSCO DESIGNS, INC.; SKY VENTURE CORP.; PRAHS, INC.(N/A); XSSTUFF, LLC; MAYLAND MN, LLC; COURCHEVEL, LLC (N/A); ORBYX ELECTRONICS, LLC; CIRCUIT CITY STORES PR, LLC

       Debtors

------------------------------

JOHN P. FITZGERALD, III, Acting United States Trustee for Region 4

       Petitioner

v.

ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust

       Respondent

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 19-2240. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the bankruptcy court.

For the Court

/s/ Patricia S. Connor, Clerk