```
RICHMOND DIVISION
F           F
I           I
L   NOV 1 2 2019   L
E           E
D           D
    CLERK
    U.S. BANKRUPTCY COURT
```

Richard M. Pachulski, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |
| ALFRED H. SIEGEL, TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST<br>Plaintiff | Adversary Number 19-03060 |
| v. | |
| JOHN P. FITZGERALD, ACTING UNITED STATES TRUSTEE FOR REGION FOUR<br>Defendant | |

## PAYMENT OF DIRECT APPEAL FILING FEE

TO THE HONORABLE WILLIAM C. REDDEN, CLERK UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA:

Appellee/Cross-Appellant, Alfred H. Siegel, the Liquidating Trustee of the Circuit City Stores, Inc. Liquidating Trust, hereby tenders the sum of $207.00 as payment in full of the Direct

Appeal Filing Fee as assessed by the United States Court of Appeals for the Fourth Circuit on November 8, 2019, in case number 19-2255, ECF No. 3.

| | |
|---|---|
| November 12, 2019<br>Richmond, Virginia | Respectfully submitted,<br><br>**ALFRED H. SIEGEL, SOLELY AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST**<br><br>/s/ _____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>David N. Tabakin (VA Bar No. 82709)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: 804-783-8300<br>Facsimile: 804-783-0178<br>Email: ltavenner@tb-lawfirm.com<br>　　　　pberan@tb-lawfirm.com<br>　　　　dtabakin@tb-lawfirm.com<br><br>-and-<br><br>Richard M. Pachulski<br>Andrew W. Caine (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310-277-6910<br>Facsimile: 310-201-0760<br>E-mail:rpachulski@pszjlaw.com<br>　　　　acaine@pszjlaw.com<br><br>*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |