## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re: CIRCUIT CITY STORES, INC., et al.,**<br>**Debtors.** | **Case No. 08-35653-KRH**<br>**Chapter 11**<br>**(Jointly Administered)** |

_____

**ALFRED H. SIEGEL, Trustee of the**
**Circuit City Stores, Inc. Liquidating Trust,**

      **Plaintiff,**

    **v.**                              **Adv. Pro. No. 19-03091-KRH**

**UNITED STATES TRUSTEE PROGRAM, et al.,**

      **Defendants.**

_____

**ALFRED H. SIEGEL, Trustee of the**
**Circuit City Stores, Inc. Liquidating Trust,**

      **Plaintiff,**

    **v.**                              **Adv. Pro. No. 19-03060-KRH**

**JOHN P. FITZGERALD, Acting United States**
**Trustee for Region Four,**

      **Defendant.**

_____

### ORDER CONSOLIDATING ADVERSARY PROCEEDINGS

    In the interest of judicial economy, it is hereby **ORDERED** that the above-captioned adversary proceedings shall be **CONSOLIDATED**. All filings shall be made only in *Siegel v. United States Trustee Program*, Adv. Pro. No. 19-03091-KRH.

Dated:   September 12, 2022         /s/ Kevin R. Huennekens
                                 UNITED STATES BANKRUPTCY JUDGE

                            Entered on Docket:   Sept 12 2022